UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVON ARCHIE (#439157)

VERSUS

TERRY TERRELL, ET AL

CIVIL ACTION

NO. 11-821-BAJ-SCR

**RULING**

The Court, having carefully considered the petition's application for habeas corpus relief, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 19, 2012 (doc. 9), to which plaintiff has filed an objection (doc. 10), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** the petitioner's application for habeas corpus relief is dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244 (d).

Baton Rouge, Louisiana, April 30, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA